IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OMOEFE IMASASSE GBENEDIO,

    Defendant.

Case No. 3:05cr129 (1)

JUDGE WALTER HERBERT RICE

---

AMENDED DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, SUBJECT TO CERTAIN CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On Monday, July 2, 2012, the Defendant, having previously been found in violation of his supervised release which began April 15, 2010, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid July 2, 2012, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with a re-imposed period of supervised release of 51 months to follow, subject to all initially prescribed conditions of supervision remaining undischarged and, further, with the following additional conditions, to wit:

1. The Defendant is ordered to comply with any and all conditions imposed by the Montgomery County Common Pleas Court including, but not limited to, the following:

    a. The Defendant is to enroll and complete the employment class through Goodwill Easter Seals;

    b. The Defendant shall participate in substance abuse and mental health treatment program at Daymont West;

    c. The Defendant shall complete the Stop The Violence program and any anger management class deemed necessary by the State Probation Officer and,

    d. The Defendant shall establish paternity and support obligations for all of his minor children.

The Defendant is to be detained until bed space is available at Cope-Alvis House. Once a bed is available, the United States Marshals Service will bring the Defendant to the office of Marquita Howard, United States Probation Officer. He is then to immediately begin, as a condition of supervised release, up to twelve months as a resident at the Cope-Alvis House, to be followed by six months of location monitoring, once he is released from that facility. While at Cope-Alvis House, he is to receive release privileges, at the point where the staff at said facility deems it advisable, to seek and maintain employment, and for all and any

other reasons, insofar as they are necessary to comply with this Court's supervised release and the requirements imposed by the Montgomery County Probation Department.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

July 16, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
United States Marshals Service
Marquita Howard, United States Probation Officer
Cope-Alvis House, 42 Arnold Place  Dayton, OH 45402