IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:05cr129(1) |
| vs. | : | JUDGE WALTER HERBERT RICE |
| OMOEFE IMASASSE GBENEDIO, | : | |
| Defendant. | : | |

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS REIMPOSED PERIOD OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE: CONDITIONS OF FURTHER PERIOD OF SUPERVISION SET FORTH: RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On January 30th, 2013, the Defendant, having previously been found in violation of his reimposed period of supervised release which began July 2nd, 2012, appeared in open court for final disposition.

Pursuant to the record made in open court on the aforesaid January 30th, 2013, the Defendant's re-imposed period of supervised release was revoked and the Defendant remanded to the custody of the Bureau of Prisons, the Attorney General of the United States, for a period of time served, from December 8th, 2012, through January 30th, 2013. The Defendant is to be released on January 31st, 2013, and is to report to the Volunteers of America Center on Gettysburg Avenue and complete the program at that facility,

1

without deviation. Rather than imposing a reimposed period of supervised release, the Court orders the original period of supervised release to run its course, until expiration on October 20th, 2016, on the condition that he comply with all conditions of his Montgomery County, Ohio, post-release control, that he comply with any undischarged conditions of his supervised release originally imposed when he was placed on that status with the Court and, finally, that Defendant is to comply, without deviation, with the 12-point supervision plan entered into by the Defendant with his Probation Officer and Counsel.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 25, 2013

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of record

2